# 11 CIV. 3026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Danilo Villa_

_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_Tiano's Construction Corp., Mitrani Plasterers Co. Inc., Tiano's Construction Mitrani Cesare General Partnership, GBI Alasia Contracting Corp. Pythagoras General Contracting Corp., Safeco Insurance Company of North America, Lumbermens Mutual Casualty Company, St. Paul Mercury Insurance Company, and Lloyd Ambinder (former Attorney for the Plaintiff)_  "See Attached"

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

## COMPLAINT

Jury Trial:  ☒ Yes   ☐ No
(check one)

RECEIVED
APR 28 2011
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Danilo Villa_
Street Address _760 Hewitt Pl 2 F/R_
County, City _Bronx, Bronx_
State & Zip Code _New York 10455_
Telephone Number _(718) 781-5052_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendants

1. <u>TIANO'S CONSTRUCTION, CORP.</u>,
2. <u>MITRANI PLASTERERS CO. INC</u>,
3. <u>TIANO'S CONSTRUCTION MITRANI CESARE GENERAL PARTNERSHIP, LOCATED AT 620 MOTAUK HWY, SHIRLEY, NY 11967</u>
4. <u>GBE ALASIA CONTRACTING CORP</u>,
5. <u>PYTHAGORAS GENERAL CONTRACTING CORP</u>,
6. <u>SAFECO INSURANCE COMPANY OF NORTH AMERICA</u>,
7. <u>LUMBERMENS MUTUAL CASUALTY COMPANY</u>,
8. <u>ST. PAUL MERCURY INSURANCE COMPANY</u>,
9. <u>LLOYD AMBINDER (former attorney for the plaintiffs) ADDRESSED AT 111 BROADWAY – SUITE 1403, NEW YORK, NY 10006</u>

Defendant No. 1   Name **Lloyd Ambinder**
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2   Name **Pythagoras General Contracting Corp.**
Street Address **8-67 Astoria Blvd**
County, City **LIC NY**
State & Zip Code **NYS 11102**
Telephone Number _____

Defendant No. 3   Name **Tiano's Construction Corp. Mitrani Plasterers Co. Inc.**
Street Address **620 Montauk Hwy**
County, City **Shirley NY**
State & Zip Code **NYS - 11967**
Telephone Number _____

Defendant No. 4   Name **Lumbermens Mutual Casualty Company**
Street Address **26 Columbia Turnpike, North Entrance**
County, City **Forham Park, New Jersey**
State & Zip Code **New Jersey 07932**
Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions         ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____
_____

*Rev. 05/2010*

CONTINUATION SHEET

Plaintiff 1  Name __Jose Delio Munoz__
Street Address __1032 Ogden Avenue Apt 3__
County, City __Bronx, Bronx__
State & Zip Code __New York 10452__
Telephone Number __(718) 590-5405__

Plaintiff 2  Name __Andres Gonzales__
Street Address __10 Richmond Plaza Apt 9G__
County, City __Bronx, Bronx__
State & Zip Code __NY 10453__
Telephone Number __(718) 590-5405__

Plaintiff 3  Name __Doroteo Polanco__
Street Address __1939 Grand Concourse Apt 1K__
County, City __Bronx, Bronx__
State & Zip Code __NY 10453__
Telephone Number __(646) 387-1915__

Plaintiff 4  Name __Danilo Villa__
Street Address __P.O. Box 512__
County, City __Bronx, Bronx__
State & Zip Code __NY 10455__
Street Address __760 Hewitt PL 2FLR__
County, City __Bronx, Bronx__
State & Zip Code __NY 10455__
Telephone Number __(718) 781-5052__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Various locations in New York__

B. What date and approximate time did the events giving rise to your claim(s) occur? __1998-2000__

C. Facts: [What happened to you? / Who did what? / Was anyone else involved?] __I worked for the companies before mentioned for two years. I worked 12 hours daily most of the time, but never received payment for it. I was always paid seven hours no matter how many extra hours I worked. I never took vacation and never received labor benefits. I am also filing a lawsuit against my previous attorney Lloyd Ambinder, ESQ. for abandoning the case and leaving me without representation.__

Who else saw what happened? __Jose Delio Muñoz, Andres Gonzales and Doroteo Polanco__

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. __None__

Rev. 05/2010

V.     Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I ask to be compensated for all the extra hours I worked and was never paid for. I was not happy with the Judge's Dismissal of the case without hearing the witness's testimony nor letting the Jury make a decision. I hope justice can be made. I am also filing a lawsuit against my Previous Attorney Lloyd Ambinder for abandoning the case. I felt it was a decision he made based on Personal issues he had with due to a separate lawsuit filed by me against a company he was representing, a lawsuit which I won. His resignation affected me emotionally, I was left without representation, I went through a long depression.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of April, 2011.

Signature of Plaintiff: Danilo Cilla

Mailing Address: 760 Hewitt Pl 2 Flr
Bronx, NY 10455

Telephone Number: (718) 781-5052

Fax Number (if you have one):

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

Rev. 05/2010